# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERICA, dba AIRLINES FOR AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF LABOR & INDUSTRIES and JOEL SACKS, in his official capacity as Director of the Department of Labor & Industries,<br><br>Defendant<br><br>&<br><br>ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATION WORKERS OF AMERICA, AFL-CIO, a labor organization,<br><br>Intervenor. | **JUDGMENT**<br><br>CASE NUMBER: C18-5092RBL |

XX  **Decision by Court**. This action came to trial before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff Air Transport's Motion for Summary Judgment, Dkt [102], is DENIED. Defendant Washington State Department of Labor Industries and Intervenor AFA's Motions for Summy Judgement, Dkts [83] and [93], are GRANTED.

DATED: 10/15/19

s/William M. McCool
William M. McCool, Clerk

_____
Deputy Clerk