| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | JUN 29 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AIR TRANSPORT ASSOCIATION OF AMERICA, INC., DBA Airlines for America,

    Plaintiff-Appellant,

 v.

THE WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES; JOEL SACKS, in his official capacity as Director of the Department of Labor and Industries,

    Defendants-Appellees,

ASSOCIATION OF FLIGHT ATTENDANTS - COMMUNICATION WORKERS OF AMERICA, AFL-CIO,

    Intervenor-Defendant-Appellee.

No. 19-35937

D.C. No. 3:18-cv-05092-RBL
Western District of Washington, Tacoma

AMENDED ORDER

Before: Peter L. Shaw, Appellate Commissioner.

The order filed on June 11, 2020, at Docket Entry No. 47 is amended as follows:

On May 11, 2020, appellees Joel Sacks and the Washington Department of Labor and Industries filed a notice of intent to file previously sealed documents publicly pursuant to Ninth Circuit Rule 27-13(f) (Docket Entry No. 32), and submitted volume 3 of the supplemental excerpts of record provisionally under

PK/Sealed Documents

seal. In response, appellant Air Transport Association of America filed a motion to maintain under seal portions of volume 3 of the supplemental excerpts of record (Docket Entry No. 44).

Appellant's motion to maintain under seal portions of volume 3 of the supplemental excerpts of record is granted. The Clerk shall file publicly the answering brief and volumes 1 and 2 of the supplemental excerpts of record, and shall file under seal the unredacted volume 3 of the supplemental excerpts of record. Within 7 days after the date of this order, appellees shall submit for public filing a redacted volume 3 of the supplemental excerpts of record that tracks the redactions set forth in appellant's motion to maintain the seal.

The existing briefing schedule shall continue in effect.