UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERICA, INC., DBA Airlines for America,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>THE WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES and JOEL SACKS, in his official capacity as Director of the Department of Labor and Industries,<br><br>       Defendants - Appellees,<br><br>ASSOCIATION OF FLIGHT ATTENDANTS - COMMUNICATION WORKERS OF AMERICA, AFL-CIO,<br><br>       Intervenor-Defendant - Appellee. | No. 19-35937<br><br>D.C. No. 3:18-cv-05092-RBL<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

      The judgment of this Court, entered May 21, 2021, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against the appellant in the amount of $282.90.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7